```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
LASHIFY, INC.,                                                  :
                                                                :
                        Plaintiff,                              :
                                                                :         25-cv-4183 (LJL)
            -v-                                                 :
                                                                :         ORDER
QINGDAO NETWORK TECHNOLOGY CO., LTD.                            :
a/k/a QINGDAO FOLLOW THE TREND                                  :
NETWORK TECHNOLOGY CO., LTD. a/k/a                              :
QINGDAO MARS CULTURE MEDIA CO., LTD                             :
d/b/a UCOOLME and VIVICUTE LIMITED,                             :
                                                                :
                        Defendants.                             :
                                                                :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On July 18, 2025, Defendants moved for reconsideration of the Court's bond decision pursuant to Federal Rule of Civil Procedure 65. Dkt. No. 47. That motion is supported by a memorandum of law, Dkt. No. 48, and the declaration of Amber Liu, Dkt. No. 49. Plaintiff opposes the motion in substance but also asserts that the motion is procedurally improper. Dkt. No. 52.

The relief that Defendants seek includes modification of the terms and conditions of a preliminary injunction, which may be made at any time and may be supported by an affidavit or declaration. *See Sierra Club v. U.S. Army Corps of Eng'rs*, 732 F.2d 253, 256 (2d Cir. 1984). Accordingly, the parties are ordered to show cause by August 6, 2025, why the motion at Dkt. No. 47 should not be considered under the standards for modification of a preliminary injunction. Submissions shall be no more than three single-spaced pages. Any responsive letters shall be filed no later than August 7, 2025.

SO ORDERED.

Dated: August 1, 2025
       New York, New York                        _____
                                                 LEWIS J. LIMAN
                                                 United States District Judge