```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LASHIFY, INC.,

                Plaintiff,

      -v-

QINGDAO NETWORK TECHNOLOGY CO., LTD.
a/k/a QINGDAO FOLLOW THE TREND
NETWORK TECHNOLOGY CO., LTD. a/k/a
QINGDAO MARS CULTURE MEDIA CO., LTD
d/b/a UCOOLME and VIVICUTE LIMITED,

                Defendants.

------------------------------------------------------------------X

25-cv-4183 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff Lashify, Inc. ("Plaintiff") moves for an order directing Defendants to comply with the Temporary Restraining Order entered by this Court on June 10, 2025, Dkt. No. 20, and with the Preliminary Injunction entered by this Court on June 24, 2025, Dkt. No. 40, and for an order holding Defendants in contempt and imposing contempt sanctions. Dkt. No. 59. Defendants Qingdao Network Technology Co., Ltd., a/k/a Qingdao Follow The Trend Network Technology Co., Ltd. a/k/a Qingdao Mars Culture Media Co., Ltd. d/b/a UCoolMe and Vivicute Limited ("Defendants") oppose the motion. Dkt. No. 63. Defendants argue, *inter alia*, that Plaintiff has failed to offer admissible evidence sufficient to support an order of contempt. *Id.* at 4, 6 ("Plaintiff's request for sanctions and compliance is based on conjecture and inadmissible hearsay").

The Federal Rules of Evidence apply in "contempt proceedings, except those in which the court may act summarily." Fed. R. Evid. 1101(b); *see Joint Stock Co. Channel One Russia Worldwide v. Infomir LLC*, 2017 WL 5067500, at *9 (S.D.N.Y. Sept. 27, 2017) ("Evidence that

would not be admissible under established federal rules regarding the competency of evidence at trial may not be considered on a motion for contempt.") (quoting *Ceslik v. Miller Ford, Inc.*, 2006 WL 1582215, at *1 (D. Conn. June 5, 2006)).

Accordingly, each party shall inform the Court by no later than October 2, 2025, whether it desires an evidentiary hearing on the motion for contempt.

SO ORDERED.

Dated: September 25, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge