UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LASHIFY, INC.,  :
:
:
Plaintiff,  :
:   25-cv-4183 (LJL)
-v-  :
:   ORDER
:
QINGDAO NETWORK TECHNOLOGY CO., LTD.  :
a/k/a QINGDAO FOLLOW THE TREND  :
NETWORK TECHNOLOGY CO., LTD. a/k/a  :
QINGDAO MARS CULTURE MEDIA CO., LTD  :
d/b/a UCOOLME and VIVICUTE LIMITED,  :
:
Defendants.  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Hearings on the motion for contempt and to vacate the preliminary injunction are scheduled for October 23, 2025 in Courtroom 15C at the United States Courthouse, 500 Pearl Street, New York, NY. The hearing will begin at 9:30AM (rather than the previously scheduled 10:00AM).

      The Court would welcome a brief demonstration by Plaintiff as to the operation of its alleged infringed product and would be willing to receive a brief demonstration by Defendants as to their alleged infringing product.

      SO ORDERED.

Dated: October 17, 2025
      New York, New York

                                                                         LEWIS J. LIMAN
                                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2025