```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LASHIFY, INC.,                                                    :
:
                Plaintiff,              :       25-cv-4183 (LJL)
:
    -v-                                                         :
:       ORDER
QINGDAO NETWORK TECHNOLOGY CO., LTD.    :
a/k/a QINGDAO FOLLOW THE TREND                   :
NETWORK TECHNOLOGY CO., LTD. a/k/a            :
QINGDAO MARS CULTURE MEDIA CO., LTD       :
d/b/a UCOOLME and VIVICUTE LIMITED,            X

                Defendants.

------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Court has scheduled a hearing in this matter for October 23, 2025.  The Court will receive the direct testimony of Ms. McLane, Ms. Kindall, and Ms. Xie, by their previously submitted declarations.  Cross-examination will be permitted of those witnesses.  To the extent that the testimony of Ms. Xie is offered, Defendant shall arrange for a Mandarin-English translator at Defendant's expense.  The request to examine Ms. Lotti is DENIED.

      SO ORDERED.

Dated: October 20, 2025
       New York, New York
                                                LEWIS J. LIMAN
                                                United States District Judge