UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LASHIFY, INC.,

                Plaintiff,

      -v-

QINGDAO NETWORK TECHNOLOGY CO., LTD.
a/k/a QINGDAO FOLLOW THE TREND
NETWORK TECHNOLOGY CO., LTD. a/k/a
QINGDAO MARS CULTURE MEDIA CO., LTD
d/b/a UCOOLME and VIVICUTE LIMITED,

                Defendants.

-------------------------------------------------------------------X

25-cv-4183 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2026

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of Defendants' motion for reconsideration.

    Defendants' memorandum of law in support of its motion exceeds the word limit provided by this district's Local Civil Rule 6.3. L. Civ. R. 6.3. Defendants shall file a memorandum of law in compliance with the rule by January 7, 2026.

    The Clerk of Court is respectfully directed to strike the memorandum of law at Dkt. No. 116.

    SO ORDERED.

Dated: January 6, 2026
      New York, New York

                               LEWIS J. LIMAN
                       United States District Judge