UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

LASHIFY, INC.,

       Plaintiff,

   -v-

QINGDAO NETWORK TECHNOLOGY CO., LTD.
a/k/a QINGDAO FOLLOW THE TREND
NETWORK TECHNOLOGY CO., LTD. a/k/a
QINGDAO MARS CULTURE MEDIA CO., LTD
d/b/a UCOOLME and VIVICUTE LIMITED,

       Defendants.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2026

25-cv-4183 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

  Defendants' request for clarification is denied.  Counsel is directed to refer to Local Civil Rule 6.3, effective January 2, 2026.


  SO ORDERED.

Dated: January 6, 2026
   New York, New York

           _____
             LEWIS J. LIMAN
            United States District Judge