USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASHIFY, INC.,

Plaintiff,

-v-

QINGDAO NETWORK TECHNOLOGY CO., LTD. a/k/a QINGDAO FOLLOW THE TREND NETWORK TECHNOLOGY CO., LTD. a/k/a QINGDAO MARS CULTURE MEDIA CO., LTD d/b/a UCOOLME and VIVICUTE LIMITED,

Defendants.

---

25-cv-4183 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Dkt. No. 156. The parties' request for a stay of discovery and any other deadlines in this matter until November 18, 2026, except as to discovery directed to non-party TikTok, is GRANTED.

The preliminary injunction at Dkt. No. 40 which was entered on June 24, 2025 is lifted.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 156.

SO ORDERED.

Dated: October 1, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge